IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 14-cr-30128-NJR |
| v. ) | |
| ) | |
| BECKY S. MARRS, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM**

COMES NOW Defendant and files her financial affidavit.

　　　　　　　　　　　　　　　　　　　　　__/s/  Burton H. Shostak_____
　　　　　　　　　　　　　　　　　　　　　Burton H. Shostak, 17443MO
　　　　　　　　　　　　　　　　　　　　　Cosgrove Law Group, LLC
　　　　　　　　　　　　　　　　　　　　　7733 Forsyth, Ste. 1675
　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105
　　　　　　　　　　　　　　　　　　　　　(314) 563-2490 Telephone
　　　　　　　　　　　　　　　　　　　　　(314) 968-7371 Facsimile
　　　　　　　　　　　　　　　　　　　　　bshostak@cosgrovelawllc.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

CERTIFICATE OF SERVICE

　　I certify that I caused the above document to be electronically filed on March 29, 2016 with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　__/s/  Burton H. Shostak_____